AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Damich, Edward J. | U.S. Court of Federal Claims | 06/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Pl., N.W.
Suite 701
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 7/14-25/14 | Teaching, George Washington Law School Summer Intellectual Proprty Program | $8,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University, Washington DC | 7/14-25/14 | Munich, Germany | Teaching | Travel, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2.  Wells Fargo Bank (savings account) | A | Interest | J | T | | | | | |
| 3.  Capital One Bank (checking account) | A | Interest | J | T | | | | | |
| 4.  Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 5.  Condominium Apartment, Key West, FL ($300,000) | | None | N | S | | | | | |
| 6.  Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 7.  TIAA/CREF (retirement) | E | Int./Div. | O | T | | | | | |
| 8.  Morgan Stanley Private Bank (money market) | A | Interest | J | T | | | | | |
| 9.  Morgan Stanley IRA | C | Int./Div. | L | T | | | | | |
| 10.  --Templeton Global Bnd Fnd | A | Dividend | | | Buy (add'l) | 02/26/14 | J | | |
| 11.  -- | | | | | Sold (part) | 03/06/14 | J | | |
| 12.  -- | | | | | Sold | 04/29/14 | J | A | |
| 13.  --Prudential Jennison Eq | A | Dividend | | | Sold (part) | 02/04/14 | J | A | |
| 14.  -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 15.  -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 16.  -- | | | | | Sold (part) | 04/08/14 | J | A | |
| 17.  -- | | | | | Sold | 08/21/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Putnam Diversified Income | A | Dividend | | | Sold (part) | 02/04/14 | J | A | |
| 19. -- | | | | | Sold | 02/26/14 | J | A | |
| 20. --SunAmerica New Foc Div Strategy | A | Dividend | J | T | Sold (part) | 02/04/14 | J | A | |
| 21. -- | | | | | Sold (part) | 02/26/14 | J | A | |
| 22. -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 23. -- | | | | | Sold (part) | 04/08/14 | J | A | |
| 24. -- | | | | | Buy (add'l) | 04/29/14 | J | | |
| 25. -- | | | | | Buy (add'l) | 04/27/14 | J | | |
| 26. -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 27. -- | | | | | Sold (part) | 11/06/14 | J | A | |
| 28. -- | | | | | Sold (part) | 12/02/14 | J | A | |
| 29. -- | | | | | Buy (add'l) | 12/17/14 | J | | |
| 30. --Virtus Dynamic AlphaSector | B | Dividend | J | T | Buy (add'l) | 02/04/14 | J | | |
| 31. -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 32. -- | | | | | Sold (part) | 03/06/14 | J | B | |
| 33. -- | | | | | Sold (part) | 04/04/14 | J | A | |
| 34. -- | | | | | Sold (part) | 05/27/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 36.  -- | | | | | Sold (part) | 10/17/14 | J | A | |
| 37.  -- | | | | | Sold (part) | 10/21/14 | J | | |
| 38.  -- | | | | | Sold (part) | 11/06/14 | J | A | |
| 39.  -- | | | | | Sold (part) | 12/02/14 | J | | |
| 40.  -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 41.  --Alger Spectra A | A | Dividend | J | T | Sold (part) | 02/04/14 | J | | |
| 42.  -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 43.  -- | | | | | Sold (part) | 03/06/14 | J | | |
| 44.  -- | | | | | Sold (part) | 04/04/14 | J | | |
| 45.  -- | | | | | Sold (part) | 04/08/14 | J | | |
| 46.  -- | | | | | Buy (add'l) | 05/27/14 | J | | |
| 47.  -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 48.  -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 49.  -- | | | | | Sold (part) | 11/06/14 | J | A | |
| 50.  -- | | | | | Sold (part) | 12/02/14 | J | A | |
| 51.  --Allianzgi Global SM-CAP P | | None | | | Sold (part) | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 53.  -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 54.  -- | | | | | Sold (part) | 04/04/14 | J | A | |
| 55.  -- | | | | | Sold (part) | 04/08/14 | J | A | |
| 56.  -- | | | | | Sold (part) | 05/27/14 | J | | |
| 57.  -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 58.  -- | | | | | Sold | 10/10/14 | J | | |
| 59.  --Delaware Small Cap Core A | A | Dividend | J | T | Sold (part) | 02/04/14 | J | | |
| 60.  -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 61.  --Guggenheim Bullet Shares 2014 | A | Dividend | | | Sold (part) | 02/04/14 | J | | |
| 62.  -- | | | | | Sold | 02/26/14 | J | | |
| 63.  --Guggenheim Bullet Shares 2015 | A | Dividend | J | T | Sold (part) | 02/04/14 | J | | |
| 64.  -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 65.  -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 66.  -- | | | | | Sold (part) | 04/29/14 | J | A | |
| 67.  -- | | | | | Sold (part) | 08/21/14 | J | | |
| 68.  --Mainstay Market Field I | | | | | Sold (part) | 02/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 70. -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 71. -- | | | | | Sold (part) | 04/29/14 | J | A | |
| 72. -- | | | | | Sold (part) | 05/28/14 | J | A | |
| 73. -- | | | | | Sold | 08/21/14 | J | A | |
| 74. --MFS Intl Value I | A | Dividend | J | T | Sold (part) | 02/04/14 | J | | |
| 75. -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 76. -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 77. -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 78. -- | | | | | Sold (part) | 10/01/14 | J | A | |
| 79. -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 80. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 81. --Putnam Equity Spectrum | A | Dividend | J | T | Sold (part) | 02/02/14 | J | A | |
| 82. -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 83. -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 84. -- | | | | | Sold (part) | 04/04/14 | J | A | |
| 85. -- | | | | | Buy (add'l) | 04/29/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- | | | | | Sold (part) | 08/21/14 | J | A | |
| 87.  -- | | | | | Sold (part) | 10/21/14 | J | A | |
| 88.  -- | | | | | Sold (part) | 11/06/14 | J | A | |
| 89.  -- | | | | | Sold (part) | 12/02/14 | J | A | |
| 90.  -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 91.  --Thornburg Intl Growth I | A | Dividend | J | T | Buy (add'l) | 02/26/14 | J | | |
| 92.  -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 93.  -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 94.  -- | | | | | Sold (part) | 02/04/14 | J | | |
| 95.  -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 96.  -- | | | | | Sold (part) | 10/01/14 | J | A | |
| 97.  -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 98.  --Transparent VL Direct Alloc I | A | Dividend | J | T | Buy (add'l) | 02/04/14 | J | | |
| 99.  -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 100.  -- | | | | | Sold (part) | 03/06/14 | J | B | |
| 101.  -- | | | | | Sold (part) | 04/07/14 | J | A | |
| 102.  -- | | | | | Buy (add'l) | 04/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Sold (part) | 05/27/14 | J | A | |
| 104. -- | | | | | Sold (part) | 08/21/14 | J | A | |
| 105. -- | | | | | Sold (part) | 10/17/14 | J | A | |
| 106. -- | | | | | Sold (part) | 10/21/14 | J | A | |
| 107. -- | | | | | Sold (part) | 11/06/14 | J | A | |
| 108. -- | | | | | Sold (part) | 12/02/14 | J | A | |
| 109. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 110. Direxion Nasdaq Eql Wgt Etf | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 111. -- | | | | | Buy (add'l) | 12/02/14 | J | | |
| 112. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 113. First Trust Dorsey Wright FO | A | Dividend | K | T | Buy | 10/10/14 | J | | |
| 114. -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 115. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 116. First Trust Multi Cap Value | A | Dividend | J | T | Buy | 05/27/14 | J | | |
| 117. -- | | | | | Buy (add'l) | 08/21/14 | J | | |
| 118. -- | | | | | Buy (add'l) | 10/21/14 | J | | |
| 119. -- | | | | | Buy (add'l) | 12/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Global SuperDividend US ETF | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 121. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 122. Gug BLT 2017 | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 123. Gugg BLT 2016 | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 124. -- | | | | | Sold (part) | 03/06/14 | J | | |
| 125. -- | | | | | Sold (part) | 08/21/14 | J | | |
| 126. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 127. IShares Core Dividend Growth | A | Dividend | K | T | Buy | 11/06/14 | J | | |
| 128. -- | | | | | Buy (add'l) | 12/02/14 | J | | |
| 129. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 130. IShares Core U.S. Aggregate | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 131. Guggenheim Macro Opport I | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 132. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 133. Hartford World Bond I | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 134. Nuveen Real Estate Sec Fund I | A | Dividend | J | T | Buy | 05/27/14 | J | | |
| 135. -- | | | | | Sold (part) | 10/17/14 | J | A | |
| 136. -- | | | | | Buy (add'l) | 12/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Western Asset Macro Opport I | A | Dividend | J | T | Buy | 08/21/14 | J | | |
| 138. -- | | | | | Buy (add'l) | 12/16/14 | J | | |
| 139. Active Bear ETF | | None | | | Buy | 04/08/14 | J | | |
| 140. -- | | | | | Sold | 05/27/14 | J | A | |
| 141. Clearbridge Amern Energy MLP Fnd | A | Dividend | | | Buy | 04/29/14 | J | | |
| 142. -- | | | | | Sold | 10/10/14 | J | | |
| 143. First Trust DJ Internet IDX | | None | | | Buy | 08/21/14 | J | | |
| 144. -- | | | | | Sold | 10/10/14 | J | | |
| 145. IShares 1-3 Year Credit Bd ETF | A | Dividend | | | Buy | 02/04/14 | J | | |
| 146. -- | | | | | Sold | 04/29/14 | J | | |
| 147. Nationwide Geneva SMCP GW F | | None | | | Buy | 02/04/14 | J | | |
| 148. -- | | | | | Buy (add'l) | 02/26/14 | J | | |
| 149. -- | | | | | Sold (part) | 03/06/14 | J | A | |
| 150. -- | | | | | Sold (part) | 04/04/14 | J | | |
| 151. -- | | | | | Sold | 10/01/14 | J | | |
| 152. Pimco Dynamic Credit Inc F | A | Dividend | | | Buy | 04/29/14 | J | | |
| 153. -- | | | | | Sold | 08/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ProShares Short Russell2000 | | None | | | Buy | 04/08/14 | J | | |
| 155. -- | | | | | Sold | 05/27/14 | J | | |
| 156. Blackstone/GSO Strat Credit FD | A | Interest | J | T | | | | | |
| 157. GE Cap Australia Funding FX Rate | A | Interest | | | Matured | 02/18/14 | J | | |
| 158. Prudential Short DR Hi Yield | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Edward J. Damich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544